UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY YOUNG, aka<br>JEFFERY TRINELL YOUNG, aka<br>JEFFREY YOUNG, aka<br>JEFFREY TRINELL YOUNG,<br><br>        Petitioner,<br><br>vs.<br><br>ROBERT A. HOREL,<br><br>        Respondent. | ) Case No. CV 08-5909-AHM (RC)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

    DATE:  September 23, 2010

**JS-6**

                                                    A. HOWARD MATZ<br>                                     UNITED STATES DISTRICT JUDGE

R&R\08-5909.jud
8/10/10